It appears that the district court has not yet entered final judgment in that proceeding. This court's jurisdiction over appeals of district court decisions is limited primarily to cases involving patents and suits against the United States not exceeding $10,000. *See* 28 U.S.C. § 1295(a)(1), (2). This court lacks jurisdiction over a habeas corpus action. Thus, we transfer the appeal to the United States Court of Appeals for the Fifth Circuit. In so transferring, we make no determination whether the order of which Judd seeks review is appealable.

Accordingly,

IT IS ORDERED THAT:

(1) Judd's motion to reinstate appeal no. 2008–1275 is granted. The appeal is reinstated and the mandate is recalled.

(2) Judd's motion for an extension of time to file his brief in appeal no. 2008–1359 is granted.

(3) The above-captioned appeals and Judd's brief in 2008–1359 are transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

David A. Harrington, Department of Justice, Washington, DC, for Respondent.

Daniel A. Perez, Bogin Munns & Munns, Melbourne, FL, for Petitioner.

*ORDER*

Petitioner moves for reconsideration of the court's July 22, 2008, 313 Fed.Appx. 318, order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) Statement Concerning Discrimination.

Petitioner has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted.

(2) The court's July 22, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before September 17, 2008.

**Jessie L. FLETCHER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3275.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

**Basil N. STEPHANATOS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5091.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.